**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

BOBBY W. TANNER                                                                           PLAINTIFF

v.                                            Case No. 12-2308

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                             DEFENDANT

**JUDGMENT**

      Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case is remanded to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

      IT IS SO ADJUDGED this 6th day of February, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE